

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00330-CV

In the **INTEREST OF M.J.W.**, J.A., and C.A.

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-02053
Honorable Peter Sakai, Judge Presiding

Opinion by:    Luz Elena D. Chapa, Justice

Sitting:    Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Luz Elena D. Chapa, Justice

Delivered and Filed:  October 22, 2014

MOTION TO WITHDRAW GRANTED; AFFIRMED

Jessica B.W.[1] appeals the trial court's order terminating the parent-child relationship with

the children M.J.W., J.A., and C.A.  Appellant's court-appointed appellate attorney filed a motion

to withdraw and a brief containing a professional evaluation of the record, demonstrating there are

no arguable grounds to be advanced, and concluding the appeal is frivolous.  The brief meets the

requirements of *Anders v. California*, 386 U.S. 738 (1967).  *See In re R.R.*, No. 04-03-00096-CV,

2003 WL 21157944, *4 (Tex. App.—San Antonio May 21, 2003, order) (applying *Anders*

procedure to appeals from orders terminating parental rights), *disp. on merits*, 2003 WL 22080522

(Tex. App.—San Antonio Sept. 10, 2003, no pet.) (mem. op.).  Appellant was provided copies of

---

[1] To protect the identity of the minor child, we refer to the mother by her first name and to the children by their initials. *See* TEX. FAM. CODE ANN. § 109.002(d) (West 2014); TEX. R. APP. P. 9.8.

the brief and the motion to withdraw, informed of her right to review the record and file her own brief, and advised how to obtain a copy of the record. *See Kelly v. State*, 436 S.W.3d 313 (2014); *In re R.R.*, 2003 WL 21157944, at \*4. Appellant did not file a pro se brief.

We have reviewed the record and the attorney's *Anders* brief, and we agree with counsel that the appeal is without merit. Accordingly, we grant the motion to withdraw and affirm the trial court's order.

Luz Elena D. Chapa, Justice